IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONNIE SERENA, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Nos. 3:09-0042 |
| | ) | 1:09-0003 |
| DOLGENCORP, INC., *et al.*, | ) | 2:09-0004 |
| | ) | 2:09-0006 |
|     Defendants. | ) | 3:09-0043 |
| | ) | 3:09-0044 |
| | ) | 3:09-0045 |
| | ) | 3:09-0046 |
| | ) | 3:09-0047 |
| | ) | 3:09-0048 |
| | ) | 3:09-0049 |
| | ) | 3:09-0050 |
| | ) | 3:09-0051 |
| | ) | 3:09-0052 |
| | ) | 3:09-0053 |
| | ) | 3:09-0054 |
| | ) | 3:09-0055 |
| | ) | 3:09-0056 |

**O R D E R**

The parties have filed in each of these cases a Joint Motion For Order Approving Settlement. It is hereby **ORDERED** that, for each case, the parties shall furnish to the court **under seal** the amount of the monetary settlement. In addition, assuming that the settlement agreements are similar in all of these cases, it is further **ORDERED** that the parties shall file **under seal** a copy of the actual Settlement Agreement in Case No. 3:09-cv-0042. If there are material differences in the settlement agreements, the settlement agreement for each case should be filed **under seal**.

Counsel is asked to check the record in each of these cases, as a proposed Order

1

approving the settlement has not been filed in each of the cases.

It is so **ORDERED**.

ENTER this 18th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge